UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BARNYARD, LLC, ) <br> ) <br> Appellant, ) <br> v. ) <br> ) <br> POST-CONFIRMATION CREDITORS' ) <br> COMMITTEE, ) <br> ) <br> Appellee. ) <br> ) | Case No.: 11-CV-06353-LHK <br><br> ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED |

Appellant filed his notice of appeal from Bankruptcy Court on December 15, 2011. ECF No. 1. Appellant was required to serve and file a brief 28 days after the record of appeal was entered on the District Court docket. *See* Bankruptcy Local Rule 8010-1; Fed. R. Bankr. P. 8010. Indeed, Appellant has not filed anything since December 2011, and appears to have abandoned his appeal. Accordingly, the Court ORDERS Appellant to show cause why this case should not be dismissed for failure to prosecute. Appellant must file a response explaining why this case should not be dismissed for failure to prosecute by July 23, 2012. Failure to file a timely response will result in the appeal being dismissed.

**IT IS SO ORDERED.**

Dated: July 9, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-06353-LHK
ORDER TO SHOW CAUSE